COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        C. C. Forbes, LLC v. Zachry Exploration, LLC and Zachry Exploration, Ltd.

Appellate case number:    01-16-00758-CV

Trial court case number:   232755

Trial court:                25th District Court of Colorado County

This appeal was stayed pursuant to the "Suggestion of Bankruptcy and Notice of Automatic Stay" that appellant, C.C. Forbes, LLC, filed in this Court on February 6, 2017, stating that C.C. Forbes, LLC and certain of its affiliates had filed a petition for relief under Chapter 11 of Title 11, United States Code, in Case 17-20025, in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (2000) (automatic stay in bankruptcy). On May 2, 2017, appellant notified this Court "the Notice of (i) Entry of Order Approving Disclosure Statement for, and Confirming the Debtors' Prepackaged Joint Plan of Reorganization and (ii) Occurrence of Effective Date filed in the United States Bankruptcy Court of the Southern District of Texas on April 17, 2017." **Accordingly, we reinstate the case on the Court's docket.** *See* TEX. R. APP. P. 8.3(a).

**Appellant's brief is due to be filed in this Court within 30 days of the date of this order.** *See* TEX. R. APP. P. 8.2.

It is so ORDERED.

Judge's signature:    /s/ Russell Lloyd_
                      ☑ Acting individually    ☐ Acting for the Court

Date: May 16, 2017